---

**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

**EASTERN DISTRICT OF TEXAS**

Case number (if known): _____  Chapter **7**

☐ Check if this is an amended filing

Official Form 201

## Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, Instructions for Bankruptcy Forms for Non-Individuals, is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **SVAL, LLC** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | **dba AIM Diagnostic Laboratory** |
| 3. | **Debtor's federal Employer Identification Number (EIN)** | 8  1  –  4  0  9  4  8  7  6 |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **3900 S Stonebridge Drive**<br>Number    Street | **2220 Canton Street**<br>Number    Street |
| **Suite 801** | **Apt 309**<br>P.O. Box |
| **McKinney**          **TX**   **75070**<br>City              State   ZIP Code | **Dallas**          **TX**   **75201**<br>City              State   ZIP Code |
| **Collin**<br>County | **Location of principal assets, if different from principal place of business** |
| | <br>Number    Street |
| | <br>City              State   ZIP Code |

5. **Debtor's website (URL)** _____

6. **Type of debtor**

☑ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))
☐ Partnership (excluding LLP)
☐ Other. Specify: _____

Debtor   **SVAL, LLC**                                                Case number (if known) _____

**7.   Describe debtor's business**

*A.  Check one:*

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))
☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))
☐ Railroad (as defined in 11 U.S.C. § 101(44))
☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))
☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))
☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))
☑ None of the above

*B.  Check all that apply:*

☐ Tax-exempt entity (as described in 26 U.S.C. § 501)
☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. § 80a-3)
☐ Investment advisor (as defined in 15 U.S.C. § 80b-2(a)(11))

*C.  NAICS (North American Industry Classification System) 4-digit code that best describes debtor.  See*
http://www.uscourts.gov/four-digit-national-association-naics-codes

__6__   __2__   __1__   __5__

**8.   Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box.  A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☑ Chapter 7
☐ Chapter 9
☐ Chapter 11.   *Check all that apply:*

   ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, AND IT CHOOSES TO PROCEED UNDER SUBCHAPTER V OF CHAPTER 11.  If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

   ☐ A plan is being filed with this petition.

   ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

   ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934.  File the Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy Under Chapter 11 (Official Form 201A) with this form.

   ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

Debtor    **SVAL, LLC**                                                    Case number (if known) _____

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**

If more than 2 cases, attach a separate list.

☑ No

☐ Yes. District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                                    MM / DD / YYYY

District _____ When _____ Case number _____
                                    MM / DD / YYYY

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

List all cases. If more than 1, attach a separate list.

☑ No

☐ Yes. Debtor _____ Relationship _____

District _____ When _____
                                    MM / DD / YYYY

Case number, if known _____

Debtor _____ Relationship _____

District _____ When _____
                                    MM / DD / YYYY

Case number, if known _____

**11. Why is the case filed in *this district*?**

*Check all that apply:*

☑ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

☑ No

☐ Yes. Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?**    *(Check all that apply.)*

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.
What is the hazard? _____

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other _____

**Where is the property?** _____
                          Number    Street

_____
City                    State    ZIP Code

**Is the property insured?**

☐ No

☐ Yes. Insurance agency _____

Contact name _____

Phone _____

---

Debtor **SVAL, LLC** _____   Case number (if known) _____

## Statistical and adminstrative information

**13. Debtor's estimation of available funds**

Check one:

☐ Funds will be available for distribution to unsecured creditors.

☑ After any administrative expenses are paid, no funds will be available for distribution to unsecured creditors.

**14. Estimated number of creditors**

☑ 1-49
☐ 50-99
☐ 100-199
☐ 200-999

☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000

☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**15. Estimated assets**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☑ $500,001-$1 million

☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**16. Estimated liabilities**

☐ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million

☐ $1,000,001-$10 million
☑ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million

☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Request for Relief, Declaration, and Signatures

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

■ The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

■ I have been authorized to file this petition on behalf of the debtor.

■ I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on **02/12/2024** _____
MM / DD / YYYY

**X** **/s/ Stephen Ferguson** _____
Signature of authorized representative of debtor
**Stephen Ferguson** _____
Printed name
**President** _____
Title

Debtor **SVAL, LLC** _____    Case number (if known) _____

| | | |
|---|---|---|
| **18. Signature of attorney** | **X** /s/ Joyce W. Lindauer _____ | Date **02/12/2024** ___ |
| | Signature of attorney for debtor | MM / DD / YYYY |

**Joyce W. Lindauer** _____
Printed name

**Joyce Lindauer** _____
Firm name

**Joyce W. Lindauer Attorney, PLLC** _____
Number          Street

**1412 Main Street, Suite 500** _____

**Dallas** _____    **TX**    **75202** _____
City                                       State    ZIP Code

**(972) 503-4033** _____    **joyce@joycelindauer.com** _____
Contact phone                          Email address

**21555700** _____    **TX** _____
Bar number                             State

**UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

IN RE:  **SVAL, LLC**                                              CASE NO

                                                                 CHAPTER    **7**

## VERIFICATION OF CREDITOR MATRIX

The above named Debtor hereby verifies that the attached list of creditors is true and correct to the best of his/her knowledge.


Date  2/12/2024 _____          Signature  **/s/ Stephen Ferguson** _____
                                                                      **Stephen Ferguson**
                                                                      **President**


Date _____                      Signature _____

Alexander Epstein
13710 Pebble Point
San Antonio, Texas  78231


Ascentium Capital Lease
23970 Highway 59 North
Kingwood, Texas  77339


Attorney General of Texas
Bankruptcy Division
PO Box 12548
Austin, TX 78711-2548


Comptroller of Public Accts
Rev Acctg Div/Bankruptcy Dept
PO BOX 13528
Austin, TX 78711


Corporation Service Company
P.O. Box 2576
Springfield, IL 62708


CT Corporation System
300 N Brand Blvd
Suite 700
Attn: SPRS
Glendale, CA 91203


Dalex Laboratories, LLC
1000 Shiloh Rd., Ste. #150
Plano, Texas 75074


Internal Revenue Service
Mail Code DAL-5020
1100 Commerce Street
Dallas, Texas  75242


Internal Revenue Service
Centralized Insolvency
PO Box 7346
Philadelphia, PA  19101-7346

JPMorgan Chase Bank NA
P.O. Box 33035
Louisville, KY 40232


Linebarger Goggan Blair & Sampson
2777 N. Stemmons Freeway
Suite 1000
Dallas, TX 75207


MAS Development 2, LLC
United States Corporation Agents, Inc.
10601 Clarence Dr., Ste. 250
Frisco, TX 75033


Origin Bank
3201 Dallas Parkway
Suite 630
Frisco, TX 75034


Pruven Health, LLC d/b/a Biostat
2325 Gabriel Drive
McKinney, Texas 75071


RTPR, LLC
c/o: Rubenstein & Pitts, PLLC
1503 E 19th St
Edmond, OK 73013


Texas Comptroller
PO Box 13528
Austin, TX 78711


Texas Workforce Commission
101 East 15th Street
Austin, TX 78778-0001


The Tharpe Firm, PLLC
455 Rice Rd, Ste. 101
Tyler, Texas 75703

```
U. S. Attorney
110 N. College Ave.
Suite 700
Tyler, TX 75702-0204


U. S. Trustee's Office
110 N. College Street
Suite 300
Tyler, TX 75702-7231


U.S. Small Business Administration
10737 Gateway West #300
El Paso, TX 79935
```